# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-10288
Summary Calendar

---

United States Court of Appeals
Fifth Circuit
**FILED**
October 25, 2024
Lyle W. Cayce
Clerk

Conghua Yan,

              *Plaintiff—Appellant*,

versus

Mark A. Taylor, *in his official capacity as Criminal District Office Investigator, Tarrant County, and in his private capacity*; Richard B. Harwell, *in his official capacity as Sergeant, Tarrant County, and in his private capacity*; David F. Bennett, *in his official capacity as Sheriff, Deputy, Tarrant County, and in his private capacity*,

              *Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-288

---

Before King, Southwick, and Engelhardt, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.