# United States Court of Appeals
# for the Fifth Circuit

No. 24-10288

United States Court of Appeals
Fifth Circuit
**FILED**
November 15, 2024
Lyle W. Cayce
Clerk

Conghua Yan,

        *Plaintiff—Appellant*,

versus

Mark A. Taylor, *in his official capacity as Criminal District Office Investigator, Tarrant County, and in his private capacity*; Richard B. Harwell, *in his official capacity as Sergeant, Tarrant County, and in his private capacity*; David F. Bennett, *in his official capacity as Sheriff, Deputy, Tarrant County, and in his private capacity*,

        *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-288

_____

ON PETITION FOR REHEARING

Before King, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the petition for rehearing is DENIED.