# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

April 11, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Conghua Yan
       v. Mark A. Taylor, Individually and in His Official Capacity as
       Criminal District Office Investigator, Tarrant County, et al.
       No. 24-1070
       (Your No. 24-10288)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 5, 2025 and placed on the docket April 11, 2025 as No. 24-1070.

Sincerely,

Scott S. Harris, Clerk

by

Rashonda Garner
Case Analyst

